Case 7:23-cv-06360-KMK    Document 23    Filed 11/01/24    Page 3 of 12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X    Docket No. 7:23-cv-06360-KMK

HOLLY REID CLIFFORD, As Executrix of the
ESTATE OF RAYMOND MAZZEI

                              Plaintiff,

     -against-

BARBARA JACKSON
                Defendant.
----------------------------------------------------------------X

     WHEREAS, the parties reached a settlement regarding the above referenced matter as reflected in the attached transcript dated May 1, 2024,

     It is now determined:

     That the terms as reflected in the attached transcript embody the entire agreement of the parties and shall be enforceable in this or any other court have jurisdiction.

SO ORDERED:

_____
United States District Judge
Kenneth M. Karas

Dated: White Plains, New York
        November __4__, 2024

Statement - Holly Reid Clifford Volume I
May 01, 2024

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

HOLLY REID CLIFFORD, as Executrix
of the Estate of RAYMOND MAZZEI,

        Plaintiff,

   vs.                      Case No.
                              7:23-cv-06360-KMK

BARBARA JACKSON,

        Defendant.

DEPOSITION OF HOLLY REID CLIFFORD

VOLUME I

May 1, 2024

11:35 A.M.

REMOTE DEPOSITION

REPORTED BY:

Austin Casillas

Statement - Holly Reid Clifford Volume I
May 01, 2024

```
 1    APPEARANCES:
 2
 3         For Plaintiffs:
 4              ROBERT L. REDA P.C.
                MICHAEL DICHIARO, ESQ.
 5              4 EXECUTIVE BOULEVARD, SUITE 101
                SUFFERN, NEW YORK 10901-4190
 6              (845) 357-5555
                dichiaro12@gmail.com
 7
           For Defendants:
 8
                LAW OFFICE OF DENNIS C. BARTLING
 9              SUSAN DUNCAN, ESQ.
                2 HUNTINGTON QUADRANGLE, SUITE 1N01
10              MELVILLE, NEW YORK 11747
                (516) 229-4402
11              susanduncan@geico.com
                FILE NO:   23-0122846
12              CLAIM NUMBER:   0559451300101030
                CLAIMS ADJUSTER:   JOHN CONRAD
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 7:23-cv-06360-KMK    Document 23    Filed 11/01/24    Page 6 of 12
Case 7:23-cv-06360-KMK    Document 24    Filed 11/04/24    Page 4 of 10

Statement - Holly Reid Clifford Volume I
May 01, 2024

```
 1              F E D E R A L   S T I P U L A T I O N S
 2
 3
 4         IT IS HEREBY STIPULATED AND AGREED by and between
 5    the counsel for the respective parties herein that the
 6    sealing, filing and certification of the within
 7    deposition be waived; that the original of the deposition
 8    may be signed and sworn to by the witness before anyone
 9    authorized to administer an oath, with the same effect as
10    if signed before a Judge of the Court; that an unsigned
11    copy of the deposition may be used with the same force
12    and effect as if signed by the witness, 30 days after
13    service of the original & 1 copy of same upon counsel for
14    the witness.
15
16         IT IS FURTHER STIPULATED AND AGREED that all
17    objections except as to form, are reserved to the time of
18    trial.
19
20                     *     *     *     *
21
22
23
24
25
```

Statement - Holly Reid Clifford Volume I
May 01, 2024

```
 1              REMOTE DEPOSITION, NEW YORK;
 2          Wednesday, May 1, 2024, 11:35 A.M.
 3
 4
 5          MS. DUNCAN:  The parties have agreed to a
 6   settlement of $230,000 in this case, inclusive of all
 7   fees, liens, et cetera.
 8          Mr. Dichiaro, when do you think you're going to
 9   get us the Stip?
10          MR. DICHIARO:  I'll get you the Stip by the end
11   of the week.  Do you mean a Stip of this continuance?
12          MS. DUNCAN:  Yes.
13          MR. DICHIARO:  Yeah.  I'm not going to file any
14   Stip until -- or I'm fine to give it to you to hold an
15   escrow pending our receipt of settlement.
16          MS. DUNCAN:  Of course.  The case is settled,
17   $230,000 inclusive of everything.  So stipulated?
18          MR. DICHIARO:  Yes, it is.  When do you think
19   that process will get a check?
20          MS. DUNCAN:  Can you say so stipulated, so I
21   know that it's on the record?
22          MR. DICHIARO:  Yes, so stipulated.
23          MS. DUNCAN:  I know that I'm getting texts
24   right now from my claims adjuster who's anxious to
25   settle this case and get it off his books.  He can't get
```

Statement - Holly Reid Clifford Volume I
May 01, 2024

```
 1   it off his books until he gets the Stip and sends out
 2   the check.  So, as soon as possible.  If you can email
 3   me the Stip today, perfect.  I'll get it to him, and
 4   he'll get the check out right away.  So, it should be a
 5   fairly quick process.
 6           MR. DICHIARO:  All right, good enough.
 7           MS. DUNCAN:  That's what he's looking for.  I
 8   don't like to send checks until we have the Stip in
 9   hand, okay.
10           MR. DICHIARO:  I understand.
11           MS. DUNCAN:  Mr. Casillas, thank you.  It's a
12   federal case, everybody gets a bill.  Thank you very
13   much ladies and gentlemen.
14           MR. DICHIARO:  Wait, I don't get a bill for
15   this.  I don't get a bill for this deposition.
16           MS. DUNCAN:  Okay.  It's a federal case,
17   everybody gets a bill, 'cause you have to pay your own
18   expenses.  You work it out with them.  Thank you.
19           MR. DICHIARO:  No.  Hold on, hold on.  I'm not
20   agreeing.
21           MS. DUNCAN:  I don't do billing.
22           MR. DICHIARO:  I want to be very clear on the
23   record, I am not -- this is not my deposition, it's not
24   my fee.  I don't pay for the deposition transcript.  I'm
25   not looking for one, I don't want a bill, I don't have
```

Statement - Holly Reid Clifford Volume I
May 01, 2024

```
 1   any relationship with your court reporter.  I want to be
 2   very clear.  She's paying your legal fees and that's it.
 3   We're not paying the legal fees.  I'm not responsible
 4   for deposition process.
 5           MS. DUNCAN:  You really need to read the
 6   federal rules.  I'm not paying.  I don't know who she
 7   is.  Please, Mr. Casillas, work it out with your
 8   company.  I just want to make sure that there's no
 9   Medicare, Medicaid, or whatever other liens, Workers'
10   Comp, everything is included in the settlement.
11           MR. DICHIARO:  My response to that is that we
12   covered that.  The only thing I'm responding to is when
13   you say everyone gets a bill, you're talking about this
14   deposition.  I want to be very clear, and Mr. Casillas
15   you have to put this on the record, I'm not paying and
16   I'm not agreeing to pay for this deposition.  That's my
17   only point.
18           MS. DUNCAN:  That's fine.  You need to look at
19   the federal rules, sir.  Thank you very much, ladies and
20   gentlemen.
21           MR. DICHIARO:  Have a nice day.  Mr. Casillas,
22   I'm not getting a bill.
23           THE COURT REPORTER:  I have it on the record.
24           MR. DICHIARO:  You have a good day.
25           (Deposition concluded at 11:41 A.M.)
```

Statement - Holly Reid Clifford Volume I
May 01, 2024

```
 1   STATE OF NEW YORK           )
 2                               )
 3   COUNTY OF QUEENS            )
 4
 5
 6          I, Austin Casillas, a Notary Public within and
 7   for the State of New York, do hereby certify that within
 8   is a true and accurate record of my stenographic notes.
 9          In witness whereof, I have hereunto subscribed my
10   name.
11
12   Dated:   May 1, 2024
13
14   _____
     Austin Casillas
15
16
17
18
19
20
21
22
23
24
25
```

Statement - Holly Reid Clifford Volume I
May 01, 2024

| 1 | covered<br>6:12 | G | Medicaid<br>6:9<br>Medicare<br>6:9 |
|---|---|---|---|
| 11:41<br>6:25 | D | gentlemen<br>5:13 6:20 | |
| A | day<br>6:21,24<br>deposition<br>5:15,23,24<br>6:4,14,16,25<br>DICHIARO<br>5:6,10,14,<br>19,22 6:11,<br>21,24<br>DUNCAN<br>5:7,11,16,21<br>6:5,18 | getting<br>6:22<br>good<br>5:6 6:24 | N |
| A.M.<br>6:25<br>agreeing<br>5:20 6:16 | | H | need<br>6:5,18<br>nice<br>6:21 |
| B | | hand<br>5:9<br>he'll<br>5:4<br>hold<br>5:19 | O |
| bill<br>5:12,14,15,<br>17,25 6:13,<br>22<br>billing<br>5:21<br>books<br>5:1 | | | okay<br>5:9,16<br>one<br>5:25 |
| | E | I | P |
| | email<br>5:2<br>everybody<br>5:12,17<br>everyone<br>6:13<br>expenses<br>5:18 | included<br>6:10 | pay<br>5:17,24 6:16<br>paying<br>6:2,3,6,15<br>perfect<br>5:3<br>Please<br>6:7<br>point<br>6:17<br>possible<br>5:2<br>process<br>5:5 6:4<br>put<br>6:15 |
| C | | K | |
| case<br>5:12,16<br>Casillas<br>5:11 6:7,14,<br>21<br>check<br>5:2,4<br>checks<br>5:8<br>clear<br>5:22 6:2,14<br>Comp<br>6:10<br>company<br>6:8<br>concluded<br>6:25<br>court<br>6:1,23 | | know<br>6:6 | |
| | F | L | |
| | fairly<br>5:5<br>federal<br>5:12,16 6:6,<br>19<br>fee<br>5:24<br>fees<br>6:2,3<br>fine<br>6:18 | ladies<br>5:13 6:19<br>legal<br>6:2,3<br>liens<br>6:9<br>look<br>6:18<br>looking<br>5:7,25 | |
| | | | Q |
| | | | quick<br>5:5 |
| | | M | |
| | | make<br>6:8 | |

Statement - Holly Reid Clifford Volume I
May 01, 2024

| R | |
|---|---|
| read | 6:5 |
| record | 5:23  6:15,23 |
| relationship | 6:1 |
| reporter | 6:1,23 |
| responding | 6:12 |
| response | 6:11 |
| responsible | 6:3 |
| right | 5:4,6 |
| rules | 6:6,19 |

| S | |
|---|---|
| send | 5:8 |
| sends | 5:1 |
| settlement | 6:10 |
| sir | 6:19 |
| Stip | 5:1,3,8 |
| sure | 6:8 |

| T | |
|---|---|
| talking | 6:13 |
| thank | 5:11,12,18  6:19 |
| thing | 6:12 |
| today | 5:3 |
| transcript | 5:24 |

| U | |
|---|---|
| understand | 5:10 |

| W | |
|---|---|
| Wait | 5:14 |
| want | 5:22,25  6:1,8,14 |
| work | 5:18  6:7 |
| Workers' | 6:9 |